IN THE SUPREME COURT OF THE STATE OF NEVADA

ROBERT JEFF GRONDEL, M.D.,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
JOSEPH HARDY, JR., DISTRICT
JUDGE,
Respondents,
    and
MALEK SADRI,
Real Party in Interest.

No. 79648

FILED

SEP 2 5 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
          DEPUTY CLERK

## *ORDER DENYING PETITION FOR WRIT OF MANDAMUS*

This original petition for a writ of mandamus challenges a district court order denying summary judgment in a medical malpractice action.

Having reviewed the petition and supporting documentation, we conclude that our extraordinary intervention is not warranted. Generally, we will not consider writ petitions challenging orders denying summary judgment, and we are not persuaded that any exception to the general rule applies here. *Smith v. Eighth Judicial Dist. Court*, 113 Nev. 1343, 1344, 950 P.2d 280, 281 (1997). Further, trial is scheduled to begin next month, and petitioner has an adequate legal remedy in the form of an appeal from any adverse final judgment. *See* NRS 34.170; *Pan v. Eighth*

19-39966

*Judicial Dist. Court*, 120 Nev. 222, 224, 228, 88 P.3d 840, 841, 844 (2004).
Accordingly, we

ORDER the petition DENIED.[1]

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Silver

cc:    Hon. Joseph Hardy, Jr., District Judge
Collinson, Daehnke, Inlow & Greco
James S. Kent
Eighth District Court Clerk

---

[1]In light of this order, petitioner's emergency motion to stay the district court proceedings is denied as moot.